**WARREN S. GOODMAN**
ATTORNEY-AT-LAW
138 CHATSWORTH AVENUE
LARCHMONT, NEW YORK 10538
(914) 833-2930
FAX (914) 833-2848

<u>BY FAX TO 212-805-7941</u>

December 14, 2007

Honorable Loretta A. Preska
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07
```

Re: <u>Damaris Cuevas v. City of New York, et al.</u>, 07 CV 4169 (LAP)

Your Honor:

I deeply apologize to the court and counsel for not previously providing the unsealing authorization as required. I did not receive the Order of the court dated November 9, 2007 until today; counsel kindly faxed it to me.

It was certainly not my intent to withhold this authorization or disrespect a court order. I am a former Assistant Corporation Counsel of the New York City Law Department, and I well understand the position of the City.

I respectfully ask for one more week to provide the executed authorization. For these reasons, I submit that no sanction is called for. I do not anticipate having to ask for the favor of the counsel again under such circumstances.

Thank you for your consideration in this matter.

Very truly yours,

Warren S. Goodman
WG/mg

cc: Katherine Smith, New York City Law Department by fax to 212-513-0462

*[Handwritten order:]* If a properly executed release is not in defense counsel's hands by December 21 at 4:00 p.m., the action will be dismissed for failure to prosecute. Plaintiff's counsel (WG 9355) is reminded of his responsibility to be aware of every entry on the Court's docket.

December 17, 2007

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE