```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08
```

THE CITY OF NEW YORK

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

CARYN ROSENCRANTZ
Phone: (212) 788-1276
Fax: (212) 788-9776
crosencr@law.nyc.gov

March 25, 2008

**BY FACSIMILE**
Honorable Loretta A. Preska
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007
Fax: 212-805-7941

    Re:    <u>Damaris Cuevas v. City of New York, et al.</u>, 07 CV 4169 (LAP)[1]

Your Honor:

    As the Assistant Corporation Counsel assigned to the defense of the above-referenced civil rights action on behalf of the City of New York, I write to respectfully inform the Court that this office is in receipt of a letter from plaintiff's counsel, Warren Goodman, Esq., dated March 4, 2008, in which he informs this office that he will no longer be representing his client in the above matter due to the temporary suspension of his law license.[2] It appears from counsel's letter that plaintiff is in the process of seeking to obtain new counsel. <u>Accordingly, I write to respectfully request that the Court adjourn the initial conference currently scheduled for April 30, 2008 at 12:00 p.m. to a date and time after plaintiff either obtains new counsel or informs the Court and defendants of her intention to proceed</u> *pro se*.

*[Handwritten: The April 30 conference is adjourned to June 19 at 9:30 a.m. in Courtroom 12A at 500 Pearl Street.]*

---

[1] This case has been assigned to Assistant Corporation Counsel Katherine E. Smith, who is presently awaiting admission to the bar and is handling this matter under supervision. Ms. Smith may be reached directly at (212) 513-0462.

[2] Counsel's letter of March 4, 2008 is annexed hereto for the Court's convenience.

**SO ORDERED**

*[Signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*March 28, 2008*

I thank Your Honor for considering the within request.

Respectfully submitted,

Caryn Rosencrantz (CR 3477)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Warren S. Goodman
138 Chatsworth Avenue
Larchmont, New York 10538
Fax: 914-833-2848
(By Facsimile)

Ms. Damaris Cuevas
2422 Webster Ave. (#4)
Bronx, New York 10458
(By First Class Mail)