

MAILED TO pltff 6/16

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

CARYN ROSENCRANTZ
Phone: (212) 788-1276
Fax: (212) 788-9776
crosencr@law.nyc.gov

June 16, 2008

**BY FACSIMILE**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007
Fax: 212-805-7941

    Re:    <u>Damaris Cuevas v. City of New York, et al.</u>, 07 CV 4169 (LAP)[1]

Your Honor:

    As the Assistant Corporation Counsel assigned to the defense of the above-referenced civil rights action on behalf of the City of New York, I write to respectfully update the Court about the status of plaintiff's representation by Warren Goodman, Esq. As Your Honor may recall, by letter dated March 4, 2008, Mr. Goodman informed this Office that he will no longer be representing plaintiff in the above matter due to the temporary suspension of his law license. To date, this Office has not been contacted by plaintiff nor has any other Notice of Appearance been filed. Thus, it appears at this time that plaintiff is proceeding *pro se*. On June 12, 2008, Your Honor's Law Clerk informed this Office that in light of the above situation, the initial conference scheduled for June 19, 2008 at 9:30 a.m. will be adjourned. Accordingly, we await further instructions from the Court as how best to proceed.

*The June 19 conference is adjourned to July 17 at 9:00 am.*

*So ordered*
*Loretta A. Preska*
*USDJ*

*June 16, 2008*

---

[1] This case has been assigned to Assistant Corporation Counsel Katherine E. Smith, who is presently awaiting admission to the bar and is handling this matter under supervision. Ms. Smith may be reached directly at (212) 513-0462.

I thank Your Honor for considering the within matter.

Respectfully submitted,

*[signature]*

Caryn Rosencrantz (CR 3477)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   Warren S. Goodman
      138 Chatsworth Avenue
      Larchmont, New York 10538
      Fax: 914-833-2848
      (By Facsimile)

      Ms. Damaris Cuevas
      2422 Webster Ave. (#4)
      Bronx, New York 10458
      (By First Class Mail)

2