UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DAMARIS CUEVAS,

                              Plaintiff,        **NOTICE OF APPEARANCE**

        -against-                      07 CV 4169 (LAP)

CITY OF NEW YORK, JOHN DOES 1-15 and JANE
DOE 1-15,

                              Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Caryn Rosencrantz**, Assistant Corporation Counsel, is serving as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant, City of New York, effective June 16, 2008.

Dated: New York, New York
       June 25, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the City of New York
                                        Attorney for City of New York
                                        100 Church Street, Room 3-219
                                        New York, New York 10007
                                        (212) 788-1276

                By: _____
                        Caryn Rosencrantz (CR 3477)
                        Assistant Corporation Counsel