

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/08
```

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

KATHERINE E. S...
Phone: (212) 51...
Fax: (212) 78...
ksmith@law.n...

August 19, 2008

**BY FACSIMILE**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse, Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: 212-805-7941

    Re:    <u>Damaris Cuevas v. City of New York, et al.</u>, 07 CV 4169 (LAP)

Your Honor:

    As the Assistant Corporation Counsel assigned to the defense of the above-referenced civil rights action on behalf of the City of New York, I write to memorialize the telephone conversation of today, August 19, 2008, with Your Honor's Law Clerk, plaintiff's former counsel, Warren Goodman, Esq., and the undersigned, and to update the Court about the status of plaintiff's representation by Mr. Goodman.

    As Your Honor may recall, by letter dated March 4, 2008, Warren Goodman, Esq., informed this Office that he could no longer represent plaintiff due to the temporary suspension of his law license. In light of this situation, the initial conference has been adjourned three times. The initial conference scheduled for April 30, 2008 at 12:00 p.m. was adjourned until June 19, 2008 at 9:30 a.m. The conference was then adjourned until July 17, 2008 at 9:00 a.m. The conference was again adjourned until tomorrow, August 20, 2008 at 9:30 a.m. According to Mr. Goodman, since plaintiff has personal conflicts and has still not retained substitute counsel, Ms. Cuevas requests that the conference scheduled for tomorrow be adjourned. Defendant City consents to this request for an adjournment. Today, August 19, 2008, Your Honor's Law Clerk informed this Office that in light of the above situation, the initial conference scheduled for tomorrow, August 20, 2008 at 9:30 a.m. will be adjourned until September 24, 2008 at 11:30 a.m. *Plaintiff shall appear at that conference, either through counsel or pro se.*

August 20, 2008

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

I thank Your Honor for considering the within matter.

Respectfully submitted,

Katherine E. Smith
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   Warren S. Goodman
      138 Chatsworth Avenue
      Larchmont, New York  10538
      Fax: 914-833-2848
      (By Facsimile)

      Ms. Damaris Cuevas
      2422 Webster Ave. (#4)
      Bronx, New York  10458
      (By First Class Mail)